ACCEPTED
03-17-00756-CV
21551913
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 1:08 PM
JEFFREY D. KYLE
CLERK

**No. 03-17-00756-CV**

---

**IN THE COURT OF APPEALS FOR THE THIRD
DISTRICT OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 1:08:32 PM
JEFFREY D. KYLE
Clerk

---

IN RE BOBBY WAYNE MCKISSACK, INDIVIDUALLY AND AS
CO-AGENT AND ATTORNEY IN FACT FOR JOE ANN MCKISSACK
AND BOBBY WILSON MCKISSACK, AND ERIC MCKISSACK,
INDIVIDUALLY AND AS CO-AGENT AND ATTORNEY IN FACT
FOR JOE ANN MCKISSACK AND BOBBY WILSON MCKISSACK,
*Relators*

---

Mandamus Originating From
274 District Court, Comal County, Texas
Cause No. C2017-1496C
Honorable Gary L. Steel, District Judge Presiding

---

AMENDED REAL PARTY IN INTEREST'S MOTION TO EXTEND TIME TO FILE
RESPONSE

---

JONES SULLIVAN PLLC

By
Charles Sullivan
Texas Bar No. 24049421
308 Campbell Drive
Canyon Lake, Texas 78133
(830) 899-3259 Phone
(210) 579-6448 Fax
csullivan@jonessullivan.com
*Attorney for Real Party in Interest*

<u>REAL PARTY IN INTEREST'S MOTION TO EXTEND TIME</u>

<u>TO FILE RESPONSE</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Stephen Miller McKissack, Real Party in Interest, in the above styled and numbered cause, and moves this Court to grant an extension of time to file response to Relators' Petition for Writ of Mandamus, and for good cause shows the following:

1.     Relators filed a Petition for Writ of Mandamus on November 14, 2017.

2.     The case below was styled the STEPHEN MILLER MCKISSACK v , BOBBY WAYNE MCKISSACK, INDIVIDUALLY AND AS CO-AGENT AND ATTORNEY IN FACT FOR JOE ANN MCKISSACK AND BOBBY WAYNE MCKISSACK, AND ERIC MCKISSACK, INDIVIDUALLY AND AS CO-AGENT AND ATTORNEY IN FACT FOR JOE ANNE MCKISSACK AND BOBBY WAYNE MCKISSACK and numbered C2017-1496C.

3.     Relator has filed a Petition for Mandamus arguing that Respondent abused his discretion and improperly granted Real Party in Interest's Application for Temporary Restraining Order and Anti-Suit Injunction on October 18, 2017.

4.     Realtor filed their Petition on November 14, 2017.

5.     The Court requested a response be filed by Real Party in Interest by December 1, 2017.

6.     Relator did E-File their Petition with the Court pursuant to Tex. R. App. P. 9.2(c)(1), however, Relator did NOT electronically serve a copy upon counsel for Real Party in Interest as required by Tex. R. App. P. 9.5(b)(1).  Counsel for Real Party in Interest's email address is on file with the electronic filing manager. Failure to electronically serve counsel contributed to this late motion and response.

7.     If a document is untimely due to a technical failure or a system outage, the filing party may seek appropriate relief from the court.  Tex. R. App. P. 9.2(c)(5).

8.     Real Party in Interest requests an extension of time of 45 days from the original due date, being 18 days from the present date, *id est*, January 15, 2017.

9.     Real Party in Interest has not previously requested any extension of time.

10.    This Motion is not made for not made for purposes of delay, but so that justice may be done, and is accompanied by an Affidavit attached hereto and incorporated by reference.

**WHEREFORE, PREMISES CONSIDERED**, Real Party in Interest prays that this Court grant this Real Party in Interest Motion to Extend Time to File

Response, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Charles W. Sullivan
Texas Bar No. 24049421
JONES SULLIVAN PLLC
308 Campbell Drive
Canyon Lake, TX 78133
(830) 899-3259 Phone
(210) 579-6448 Fax
csullivan@jonessullivan.com

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion with the following results:

Robert B. Wagstaff
McMahon Surovik Suttle, P.C.
P.O. Box 3679
Abilene, TX 79604
(325) 676-9183 Telephone
(325) 676-8836 Facsimile
rwagstaff@mcmahonlawtx.com
*Attorney for Relator*

Attorney for Relator does not oppose Real Party in Interest's motion.

No. 03-17-00756-CV, In Re Bobby Wayne McKissack, et. al., Real Party in Interest Motion to Extend Time to File Response

Pursuant to Texas Code of Judicial Conduct Canon 3(B)(8), I have not conferred with the Respondent trial judge.

_____
Charles Sullivan

January 2, 2017

## CERTIFICATE OF SERVICE

I, Charles Sullivan, attorney for Stephen Miller McKissack, Real Party in Interest, hereby certify that a true and correct copy of this Motion has been delivered to those attorney's of record listed below in this matter:

Robert B. Wagstaff
McMahon Surovik Suttle, P.C.
P.O. Box 3679
Abilene, TX 79604
(325) 676-9183 Telephone
(325) 676-8836 Facsimile
rwagstaff@mcmahonlawtx.com
*Attorney for Relator*

By electronically sending it through efile.txcourts.gov service, this 2nd of December, 2017.

No. 03-17-00756-CV, In Re Bobby Wayne McKissack, et. al., Real Party in Interest Motion to Extend Time to File Response

The Honorable Gary L. Steel
Judge, 274 th District Court of Comal County
Comal County Courthouse
150 N. Seguin Ave.
New Braunfels, TX 78130
(830) 221-1270 Telephone
(830) 608-2030 Facsimile

By sending via facsimile, on the 29th day of December, 2017.

_____
Charles Sullivan

No. 03-17-00756-CV, In Re Bobby Wayne McKissack, et. al., Real Party in Interest Motion to
Extend Time to File Response